IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL O'GRADY,

     Plaintiff,

                                 Case No.  19-cv-515-jdp

  v.

CITY OF PORTAGE, PORTAGE
COMMUNITY SCHOOLS, KEVIN
TODRYK, MARIE MOE, AND
DAWN WILCOX,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 11/12/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |