UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL O'GRADY
Plaintiff,
v
CITY OF PORTAGE, et, al
Defendants,

Case No. 18-cv-515-jdp

Notice is hereby given that Plaintiff Michael O'Grady in the above named case 18-cv-515, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment/order entered in this action on the **12 day of March 2021,** denying motions for reconsideration and a more full detailed order that fully adjudicates all of the issues before the district court from the plaintiffs motions pursuant to Federal civil Rules **60 and 52** seeking relief to vacate the prior judgment issued by the court granting the defendants motion for summary judgment.

Respectfully submitted,

Michael O'Grady